IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01362-MSK-CBS

THERESA A. RAY, individually, and as representative of the Estate of Carnell Ray,

    Plaintiff,

v.

AFFILIATED WORKERS ASSOCIATION, an Illinois nonprofit corporation;
AHB SALES, LLC, a Delaware limited liability company;
EAGLE HEALTH ADVISORS, LLC, a Delaware limited liability company;
FREEDOM LIFE INSURANCE COMPANY OF AMERICA, a Texas corporation;
HOMELAND HEALTHCARE, a Texas corporation; and
MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation,

    Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Joint Stipulated Motion to Dismiss Claims Against Defendant Markel Insurance Company With Prejudice (Motion) **(#123)** filed June 25, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendant Markel Insurance Company are hereby dismissed, with prejudice, each party to pay his, her or its own attorney's fees and costs. This dismissal does not impact the Plaintiff's claims against any of the remaining Defendants.

DATED this 27th day of June, 2014.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*
                                      _____
                                      Marcia S. Krieger
                                      United States District Court