IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01362-MSK-CBS

THERESA A. RAY, individually, and as representative of the Estate of Carnell Ray,

    Plaintiff,

v.

AHB SALES, LLC, a Delaware limited liability company;
EAGLE HEALTH ADVISORS, LLC, a Delaware limited liability company;
HOMELAND HEALTHCARE, a Texas corporation; and
MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation,

    Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Party Defendant Affiliated Workers Association with Prejudice (Motion) **(#128)** filed June 27, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Defendant Affiliated Workers Association are hereby dismissed, with prejudice, each party to bear his, her or its own attorney's fees and costs.

DATED this 30th day of June, 2014.

                                                        **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Court