IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01362-MSK-CBS

THERESA A. RAY, individually, and as representative of the Estate of Carnell Ray,

    Plaintiff,

v.

AFFILIATED WORKERS ASSOCIATION, an Illinois nonprofit corporation;
AHB SALES, LLC, a Delaware limited liability company;
EAGLE HEALTH ADVISORS, LLC, a Delaware limited liability company;
HOMELAND HEALTHCARE, a Texas corporation; and
MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Defendant Jennifer Lynn Midgley With Prejudice (Motion) **(#142)** filed July 23, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff, individually, and as representative of the Estate of Carnell Ray, against Defendant Jennifer Lynn Midgley are hereby dismissed, with prejudice, each party to bear his, her or its own attorney's fees and costs.

DATED this 24th day of July, 2014.

                          BY THE COURT:

                          *[signature]*

                          Marcia S. Krieger
                          United States District Court